| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>───────────────────────────────── X<br>In re:<br><br>**DARIUSZ & BARBARA TARASIEWICZ,**<br><br>           Debtors.<br>───────────────────────────────── X | Return Date: August 10, 2010<br>Return Time: 10:00 A.M.<br><br>Chapter 7<br><br>Case No. 08-23858 (RDD) |

### NOTICE OF HEARING TO APPROVE PRIVATE SALE PURSUANT TO 11 U.S.C. §363 OF DEBTOR BARBARA TARASIEWICZ' 42% INTEREST IN REAL PROPERTY

## TO ALL CREDITORS AND INTERESTED PARTIES:

**PLEASE TAKE NOTICE**, that a hearing pursuant to the provisions of 11 U.S.C. §363(b)(1), and 11 U.S.C. §541, and Bankruptcy Rules 6004(a), (c) and (f), and 2002(a)(2) will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at his Courtroom located at 300 Quarropas Street, Room 118, White Plains, New York on the 10th day of August, 2010, at 10:00 in the a.m. of that day, or as soon thereafter as counsel may be heard for an order to approve the sale of a certain asset of the Debtor, Barbara Tarasiewicz, particularly described in the application for approval of the sale, consisting of the Debtor's 42% interest in real property known as 16 Boulderberg Road, Tomkins Cove, New York 10986 (the "Property"), by which Linda A. Hecht has offered to purchase the right, title and interest of the Trustee for the total sum of Ten Thousand ($10,000.00) Dollars, on an "as is" basis; and

**PLEASE TAKE FURTHER NOTICE**, that the application in support of the proposed sale is on file and may be examined on the Bankruptcy Court's Electronic Case Filing System at www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that the Trustee believes that the proceeds of the sale do not fall below the lowest point in the range of reasonableness and it is in the best interests of the estate to approve the sale and that a public auction with its associated costs and lower returns would garner less for the estate.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, shall state with particularity the grounds for the objection and must be filed with the Court and served upon the undersigned Trustee no later than 5:00 P.M. five (5) days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE,** that attendance at the hearing is not mandatory and that the hearing scheduled herein may be adjourned from time to time without any further notice to creditors or other parties in interest other than by announcement of such adjournment in Court on the date scheduled herein for such hearing.

Dated: White Plains, New York
June 10, 2010

        Oxman Tulis Kirkpatrick Whyatt & Geiger, LLP
        Attorneys for the Trustee

        /s/ Mark S. Tulis
        By: Mark S. Tulis, Trustee
        120 Bloomingdale Road
        Suite 100
        White Plains, New York 10605
        (914) 422-3900

TO: ALL CREDITORS AND PARTIES IN INTEREST

H:\Bankruptcy Docs\Trustee\Tarasiewicz\Notice of Hearing to Approve Private Sale.wpd